No. 10-6479. WITHEROW *v.* FARWELL, WARDEN, ET AL. C. A. 9th Cir. Certiorari denied.

No. 10-6490. GREENE *v.* KELLY SERVICES, INC. Ct. App. Cal., 2d App. Dist. Certiorari denied.

No. 10-6518. HITCHCOCK *v.* JACKSON, WARDEN. C. A. 6th Cir. Certiorari denied.

No. 10-6523. FAIRLEY *v.* PUCKETT. C. A. 5th Cir. Certiorari denied.

No. 10-6524. GIBSON *v.* CULLIVER, WARDEN, ET AL. C. A. 11th Cir. Certiorari denied.

No. 10-6530. HUDSON *v.* MICHIGAN. Ct. App. Mich. Certiorari denied.

No. 10-6542. MARSHALL *v.* STAFFIERI ET AL. C. A. 6th Cir. Certiorari denied.

No. 10-6572. MONTERROSA *v.* PREMO, SUPERINTENDENT, OREGON STATE PENITENTIARY. C. A. 9th Cir. Certiorari denied.

No. 10-6574. WILSON *v.* HURLEY, WARDEN. C. A. 6th Cir. Certiorari denied.

No. 10-6592. NUNNERY *v.* ILLINOIS. App. Ct. Ill., 1st Dist. Certiorari denied.

No. 10-6608. MISENHELTER *v.* COLORADO. Sup. Ct. Colo. Certiorari denied.

No. 10-6615. SALAMEH *v.* CARLSON ET AL. C. A. 9th Cir. Certiorari denied.

No. 10-6651. ALVAREZ HERNANDEZ *v.* DUNCAN, WARDEN, ET AL. C. A. 9th Cir. Certiorari denied.

No. 10-6665. CHAVEZ *v.* SKOLNIK, DIRECTOR, NEVADA DEPARTMENT OF CORRECTIONS, ET AL. C. A. 9th Cir. Certiorari denied.